

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. The Appellant's Brief is due June 11, 2021.

It is so **ORDERED** on May 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court